# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DEW BEAUTY INC.

        Plaintiff,

v.

TULA LIFE INC.

        Defendant

Case No: 1:22-cv-09534-VSB

Judge: Honorable Vernon S. Broderick

## ORDER OF DISMISSAL WITH PREJUDICE

Based on Plaintiff Dew Beauty Inc.'s, and Defendant TULA Life Inc.'s (the "Parties") representation that this case has been settled, it is hereby

ORDERED, ADJUDGED, and DECREED:

1. This case, as between the Parties, is dismissed with prejudice, each party to bear its own costs and fees, except as reflected in the Settlement Agreement;

SO ORDERED this 23rd day of March 2023.

*Vernon Broderick*
Vernon S. Broderick
United States District Judge